# EXHIBIT 1

# EXHIBIT 1

**reviewjournal**.com



PRINT THIS

Powered by **Clickability**

Radical commitment means closing all escape hatches
Posted by **Steven Kalas**
Wednesday, Jun. 16, 2010 at 09:59 AM

**I am in a nine-month relationship. He said he would like an exclusive relationship. I agreed. Is checking an online dating site appropriate? I met this person from an online dating site. When he asked if I would be his girlfriend, I agreed but made it clear that I felt that, and he agreed, that online profiles should be removed and not used. I have done this and have no desire to go fishing, looking, checking, whatever. However, recently he told me that he still gets messages weekly from the site to "check his matches." He even asked me if I would like to see them. He insists he doesn't communicate and isn't active. Yet it is OK to check the site. This happened in a relationship prior to this. In both cases, the man felt it was OK to have a "curiosity" for women and "just check the profiles" sent to them from the site. I understand that men are visual, but I explained to both of them, that there is a difference between a woman walking by while shopping and noticing her and making a conscious decision to push a button that opens up pictures of women who are looking for matches. What are the "rules" of the online dating game? What are men thinking? Or, am I overreacting, which I have been accused of on this issue. Maybe I am just too trusting.**

-- K.U., Las Vegas

Exclusivity and fidelity are not one decision; rather, a series of decisions. Commitment is not one moment in time; it is a developmental journey.

The easy part is the mechanical/social practice of exclusivity. We don't date anyone else. We don't have sex with anyone else. Voila! Looks like we're in a committed relationship.

Well, yes, it is committed. Yet, to our surprise, there remain deeper and more radical commitments to be made.

When alone, we decide never to talk or behave anytime, anywhere, with anyone in a way we would not behave if our mate was standing right there. That's the rule. That's radical commitment.

We are transparent in all our relationships. We might have a more or less separate communion with someone, but never an undisclosed communion. All our friends, whatever their gender, are known to our mate and know about our mate. That's the rule. That's radical commitment.

We don't seek, nurture, or avail ourselves to relationships trading "bumps" of sexual attraction and ego-boost. See, this, too, leaks energy that is rightly owed to the mate. A committed partner seeks the mate's desire. Oh, sure, it's enjoyable when the stranger or co-worker lets us know we are desired. And of course we will regularly enjoy noticing people we find attractive and desirable. But we don't linger in those moments. We don't "grow" them and depend on them. We "bump" with our mate. That's the rule. That's radical commitment.

We don't nurture The Potential Relationship In The Hole. You've seen it: that friend or co-worker with whom you never officially have an affair; but, still, you grow a private and intimate relationship of "what if." Oh, had we met years ago. Oh, if my mate died, etc. It's an escape hatch from the work of radical commitment. So we close all escape hatches. That's the rule. That's radical commitment.

We don't amen ourselves to friendships openly disparaging our mate or our commitment. Yes, we have friends who let us vent during difficult moments in the journey of love; but, after listening, those friends challenge us to do the work of great love. Further, we swiftly and decisively jettison anyone who, despite our clearly communicated status as a committed partner, continues to come on to us, tempt us or entice us. In the end, there is no room in great love for even the distraction of having to say "no." That's the rule. That's radical commitment.

K.U., your man isn't cheating. At least not officially. But his behavior "cheats" the potential of his relationship with you because he's leaking psychic energy he could be using for the next step of commitment.

All of your questions will answer themselves, K.U., if you will but answer this question: What, for you, constitutes self-respect? Answer that, and you will know whether you are overreacting. You will know how deep of a commitment you deserve from a mate. You will either relax and lower your expectations. Or, you will confront him and demand more.

Or you will leave.

*Originally published in View News, May 18, 2010.*

**Find this article at:**
http://www.lvrj.com/blogs/kalas/Radical_commitment_means_closing_all_escape_hatches.html

☐ Check the box to include the list of links referenced in the article.

Copyright © Las Vegas Review-Journal, 1997 - 2008

Go Green! Subscribe to the electronic Edition at www.reviewjournal.com/ee/

# EXHIBIT 2

# EXHIBIT 2



❤ your sweetheart store
❤ kathryn's new, fun, free
❤ about kathryn and coaching
❤ just for you
❤ kathryn's blog
❤ contact kathryn

Name: _____
Email: _____    (go>)

Or get more info before you sign up.

## <u>Kathryn's Blog</u>: Mind Your Manners



### Phone vs tex: which are more rude?

This article, about the shifting ways that younger people view the telephone, was a real eye-opener. Basically, it says that young folks use their phones for texting and see live phone calls as rude, demanding, and intrusive. Wow. But makes sense to me. Remember when answering machines were invented and suddenly you had some control over the phone? No longer did a ringing phone demand that you answer. You no longer had to sit around waiting for a call. I realized then how rude a ringing phone was, and now with email and texting, why use the phone at all?

Another wrinkle in this is that it is now commonplace for people to just not answer emails they are not interested in. I've said all along that it is only polite to say "Thanks but no thanks" when someone expresses interest that you don't return. But now, sadly, silence is the normal response. Come on, folks. Putting yourself out there online is scary. Be kind to those who do.

<u>Texting generation doesn't share boomers' taste for talk</u>

By Ian Shapira
Washington Post Staff Writer
Sunday, August 8, 2010

Jane Beard and Jeffrey Davis didn't realize how little they speak to their children by phone until they called AT&T to switch plans. The customer service agent was breathless. The Silver Spring couple had accumulated 28,700 unused minutes.

"None of the kids call us back! They will not call you back," said Beard, a former actress who with her husband coaches business leaders on public speaking.

A generation of e-mailing, followed by an explosion in texting, has pushed the telephone conversation into serious decline, creating new tensions between baby boomers and millennials—those in their teens, 20s and early 30s.

Nearly all age groups are spending less time talking on the phone; boomers in their mid-50s and early 60s are the only ones still yakking as they did when Ma Bell was America's communications queen. But the fall of the call is driven by 18- to 34-year-olds, whose average monthly voice minutes have plunged from about 1,200 to 900 in the past two years, according to research by Nielsen. Texting among 18- to 24-year-olds has more than doubled in the same period, from an average of 600 messages a month two years ago to more than 1,400 texts a month, according to Nielsen.

Young people say they avoid voice calls because the immediacy of a phone call strips them of the control that they have over the arguably less-intimate pleasures of texting, e-mailing, Facebooking or tweeting. They even complain that phone calls are by their nature impolite, more of an interruption than the blip of an arriving text.

Kevin Loker, 20, a rising junior at George Mason University, said he and his school friends rarely just call someone, for fear of being seen as rude or intrusive. First, they text to make an appointment to talk. "They'll write, 'Can I call you at such-and-such time?' " said Loker, executive editor of Connect2Mason.com, a student media site. "People want to be polite. I feel like, in general, people my age are not as quick on their feet to just talk on the phone."
ad_icon

The bias against unexpected phone calls stems in good part from the way texting and e-mail have conditioned young people to be cautious about how they communicate when they are not face to face, experts say.

Deborah Tannen, a linguistics professor at Georgetown University who studies how people converse in everyday life, said older generations misinterpret the way younger people use their cellphones. "One student told me that it takes her days to call her parents back and the parents thought she was intentionally putting them off," she said. "But the parents didn't get

it. It's the medium. With e-mails, you're at the computer, writing a paper. With phone calls, it's a dedicated block of time."

Tannen, 65, worries that texting may fall victim one day to the same neglect that phone calls now face. Her generation's feelings, she said, are perfectly captured in a recent New Yorker magazine cartoon that shows two older, balding men sitting at a bar. The caption reads: "I used to call people, then I got into e-mailing, then texting, and now I just ignore everyone."

Ethan Seidel, rabbi of Tifereth Israel synagogue in the District, can't get many of his congregants younger than 35 on the telephone. Seidel, 52, often invites young, new members to his family's home for welcome dinners, but his gesture too often doesn't even merit return calls. "One member seemed only slightly apologetic for not returning the call," Seidel said. "I was floored by that. They say, 'I never answer the phone anymore.' "

One of Seidel's congregants, Lianna Levine Reisner, 26, a development director at a nonprofit group, said her peers have phone gripes of their own about their elders. "My parents call and leave voice mails. They do that a lot," she said. "I might listen and realize they're not saying anything other than just, 'Call me.' I am not much of a phone talker."

Not only are people making fewer calls, but they are also having shorter conversations when they do call. The average length of a cellphone call has dropped from 2.38 minutes in 1993 to 1.81 minutes in 2009, according to industry data. And between 2005 and 2009, as the number of minutes people spent talking on cellphones inched up, the number of cellphone messages containing text or multimedia content ballooned by 1,840 percent.

Land lines are disappearing. Verizon, the nation's second-largest land line carrier behind AT&T, says its hard-wired phone connections have dropped from 50 million in 2005 to 31 million this year.

"Here's the issue: We don't want to talk with each other most of the time," said Naomi Baron, an American University linguistics professor who published a paper in June called "Control Freaks," dissecting how Americans communicate online and on mobile devices. "In a very profound way, our lives changed when the remote control was first introduced: You didn't have to watch what you didn't want to watch."

The difference in communications preferences has created a palpable perception gap between young adults and their parents. Beard said that when her niece, Lindsay Spencer, 20, "is in classes at the University of Maryland, I'll never hear from her—until she comes over to do the laundry. We text multiple times a day. Otherwise, I wouldn't have a clue [what's going on] in her life."

Spencer, who was raised by Beard and Davis, said Beard's perception is skewed. "I think I call her more than I text," she said in a rare phone interview.

But Beard is understanding about the change in ways of conversing. "Parents are like, 'They're controlling who they talk to,' " she said, "but so did we when we screened people with answering machines."

Not all parents are quite that open to new ways. "My mom gets offended," said Muggaga Kintu, 32, an administrative assistant at Walter Reed Army Medical Center who prefers texting or calling on his own time, when he's not around patients. "She thinks I don't want to hear from her, and that's not the case. The other day, she called me when I was at work, and I told her, 'Instead of calling me, can you text me?' She said, 'What? You don't like to hear from me? You don't like the sound of my voice.' "

Reisner said her parents intrude on her day with questions they deem urgent but in her reality are not. "My dad calls asking me about the details of my travel plans, and they're not in my head, they're in some e-mail, so I say, 'I will e-mail you everything,' she said. "I know my parents are offended. I've asked my mom not to call me during the workday if it's just to chat. We came to an agreement. I know she felt bad. She wanted to feel connected to me."

Answering a phone call requires a certain amount of psychological energy, she said. "I put it off because there's something confrontational about someone calling you," she said. "You have to gear up for it."

Sometimes Reisner gets phone calls from other synagogue members asking her to take on leadership roles, but the calls go straight to voice mail. She wishes that she could respond by e-mail. That way, in true Washington fashion, she could calibrate a more careful response instead of being put on the spot.

At Tifereth Israel, the waning popularity of phone calls has become such a controversial issue that Seidel fired off an essay in the synagogue's April bulletin, lamenting that no one calls him back anymore.

About 10 people, he said, hadn't returned his calls so far this year. Technology, he said in an actual phone call, was diluting his rabbinical status.

**Finest Watertight Hatches**
Solid Reliable Precision Components Best Choice of Features and Options
www.StandardEquipmentCo.c

**2010 Ford Escape Prices**
Find out our Lowest Possible Price on an All-New 2010 Ford Escape!
Ford.CarPriceSecrets.com

**What Are Free Radicals**
Watch free videos & read articles. Learn about skin care issues.
www.DermalInstitute.com

**Free Sweetheart E Card**
Choose from a huge selection of Loving You cards. All Free!
www.MyFunCards.com

**Retire Overseas Guide**
Everything you need to know. Retire Abroad experts since 1979. Free.
www.InternationalLiving.com

**Previous Posts**
- Saying no online
- Phone vs tex: which are more rude?
- Engagement rings for men? Love it!
- Internet access equals access to love
- FAQ #4 Why don't they answer my emails?
- 10 FAQ: 3. What is the best dating site for me?
- Un-Divorced?
- Sites for virgins
- Wink, Meet, Delete – How can we see it?
- For goodness sake (and your mental health), ask!

**Categories**
- About Romance Coaching
- Articles from *eMAIL to eMATE*
- Kathryn's eMAILBAG

- Frequently Asked Questions -- And Answers
- For and About Men
- Over 50?
- Love Shies and Late Bloomers
- Gays, Lesbians, and Transgender
- Romance!
  ○ We Love Love Stories
  ○ Romantic Treats
- Singles Only!
  ○ Newly Single?
  ○ Still Single?
  ○ Cool Resources for Singles
- Dating Tips
  ○ Internet Dating Advantages
  ○ Where are the Good Men and Women?
  ○ Proactive Dating
  ○ Search Smart
  ○ Make time!
  ○ Perfect Profiles
  ○ Bridging differences
  ○ Tell the Truth
  ○ Mind Your Manners
  ○ Money Matters
  ○ Handling Rejection
  ○ Be Safe
  ○ Get Lucky!
  ○ Scams and Scam Protection
  ○ Too Smart?
  ○ Relationship builders
  ○ Weighty Issues
  ○ Long Distance Romance
  ○ CyberCouples and Marriage
- News About Dating Sites and Types
  ○ What the Research Says
    ■ Technology, Academia, and Dating
  ○ Online Dating Facts and Figures
  ○ Match.com
  ○ Yahoo! Personals
  ○ Chemistry.com
  ○ eHarmony
  ○ PerfectMatch.com
  ○ True.com
  ○ Social networking sites to find love
  ○ Niche Dating Sites
  ○ Speed Dating
  ○ Outside the U. S. A.
  ○ About Matchmakers and Dating Services
- Books, Movies, and TV
- Beware! Bad Stories, Bad Advice
- The Yick Meter
- Just for Fun
- For Not-so-Serious Daters
- Sweetheart School
- Kathryn Lord Trivia
  ○ About Kathryn and not about dating

posted by Kathryn Lord on 09.06.10 at 10.38 am
permalink | Categories: • Dating Tips • Mind Your Manners • News About Dating Sites and Types • What the Research Says • Technology, Academia, and Dating • 0 Comments



## Now Forbes weighs in on outsourcing

Now Forbes magazine weighs in. They touch on something I hadn't thought of: What if two people who hired out their online dating prelims bumped into each other, that is, their virtual assistants made the dates for them, without either of them knowing that they were not dealing with the actual person?

A Surprisingly Simple Way To Date: Outsource It
Joan Indiana Rigdon, 06.03.10, 4:30 PM ET

"I wouldn't dare speak to her, I don't have the brains. The way people speak and write nowadays makes my head hurt. I'm just an honest, simple, terrified soldier."

With these words, French soldier Christian de Neuvillette convinces Cyrano de Bergerac to help him pitch woo at the lovely Roxanne, whom Christian fears might be an intellectual. Christian is a man of very few letters: only four that spell "fool," as Cyrano might say. But he is smart enough to turn to a sharper wit to help him win a woman's heart.

Now, in the world of online dating, Cyrano-style services are for rent to any fool—er, guy—with a valid credit card. Busy guys, guys who can't write, shy guys, guys who fear online rejection, guys who haven't dated in years or guys who just find the process leading up to the date "really repetitive" can now pay **virtual impostors** to get dates for them. (Women use these services too, but for now it's overwhelmingly a guy thing.)

These services write dating profiles, fish for prospects and perform the initial online flirting required to set up a first date. The first time a guy has to deal with his date is when he meets her in person.

Freelancer writers and companies like e-Cyrano have been offering profile-writing services for years. Dating Done for You, based in Toronto, takes it one step further by offering the services of a female staff member who will role-play a date with clients over the phone, and then give feedback. Virtual Dating Assistants is one of the few who offer initial flirtation.

What kind of guy goes for this?

Let's be kind, and imagine a man who's logging 70 hours a week. He has time for his career, golf and Twitter, but online dating is just too time-consuming.

There's no village matchmaker, so he hires Virtual Dating Assistants. They get to know him and craft his perfect profile. They fish, they find, they flirt. They set up a time and place to meet. They fill him in on what exactly he said during the flirtation process, so his target is none the wiser, unless he chooses to confess. They even tell him what to wear.

**But why stop there?**

**For an additional fee, a dating service could offer on-site assistance, perhaps in the form of a woman who arranges to dine at the next table, so she can eavesdrop on how the client is doing. She could text him real-time advice, which he could read, say, when he excuses himself to go to the men's room.**

That's not as romantic as Cyrano whispering lines under cover of night and foliage to a beautiful woman on a balcony in late 19th-century France, but it could work.

On their FAQ, right under the question about whether virtual dating is dishonest, services that offer on-site dating operatives could explain that all this isn't as creepy as it sounds. They are, you could say, just like the friends their clients don't have, who are trying to help out in any way they can.

**For more money, hired dating operatives could listen in on the follow-up phone call, texting advice in real time.**

Eventually, someone will figure out that this is just the tip of a virtual iceberg. **If an automated dating service for busy women teamed with an automated service for busy men and they could enter a virtual world where people interact through 3-D avatars to date each other in virtual bars** ... what a lifeless dating world it would be.

∘ Fan Letters
• Blog Policy

**Archives**

• September 2010
• August 2010
• July 2010
• June 2010
• May 2010
• April 2010
• March 2010
• February 2010
• January 2010
• December 2009
• November 2009
• October 2009
• September 2009
• August 2009
• July 2009
• June 2009
• May 2009
• April 2009
• March 2009
• February 2009
• January 2009
• December 2008
• November 2008
• October 2008
• September 2008
• August 2008
• July 2008
• June 2008
• May 2008
• April 2008
• March 2008
• February 2008
• January 2008
• December 2007
• November 2007
• October 2007
• September 2007
• August 2007
• July 2007
• June 2007
• May 2007
• April 2007
• March 2007
• February 2007
• January 2007
• December 2006
• November 2006
• October 2006
• September 2006
• August 2006
• July 2006
• June 2006
• May 2006
• April 2006
• March 2006
• February 2006
• January 2006
• December 2005
• November 2005
• October 2005
• September 2005
• August 2005
• July 2005
• June 2005
• May 2005
• April 2005
• March 2005
• February 2005

ATOM

*posted by Kathryn Lord on 06.27.10 at 8.01 am*
permalink | Categories: • Dating Tips • Tell the Truth • Mind Your Manners • 0 Comments

❤

## What's the real meaing of outsourcing love?

Here we go again, another piece about outsourcing everything until the first date.  This article zeros in more closely on the sense of lying and trickery.

Outsourcing Online Dating: Are We Really Okay With This?

Dear God. Single men (and a few women) are now paying strangers to find suitable dates for them online. According to a recent article in the Washington Post, they don't have the time—or the will—to do it themselves.

So add relationships to the list of things that can be outsourced, along with cleaning your condo, detailing your car and buying and delivering your groceries.

One web-based company that provides this service, Virtual Dating Assistants, employs 45 freelance writers to pen and submit a suitor's profile. Replies go to a writer's inbox, thereby sparing the would-be suitor the embarrassment of not getting any responses or having to wade through, ponder, perhaps respond to, any he does receive.

The writer decides whom to answer and if a woman responds favorably, a "closer" sets up time and place.

**Think about this from the point of view of the woman—and there's a good chance it's a woman since 80 percent of Virtual Dating Assistants' clients are men. She is charmed by the person she reads about online and more intrigued once she starts receiving emails she presumes are from him. Does she know he's not the sincere, soulful man he seems but actually some corporate suit who can't be bothered to put a little thought and time into deciding whom he takes to dinner? Nope.**

Say she sets aside several hours in her busy schedule to get dressed and joins him at a swanky restaurant, then by the second glass of Chardonnay realizes what a jerk he is. This could happen on a traditional first date too, of course, or on a date arranged by partners online who portray themselves as better-looking and smarter than they actually are.

**But misrepresentation by surrogate seems somehow worse. Colder. Harder to detect. It has a kind of "I've been lied to" feeling times two.**

Additionally, as my son Jeff, 26 and single, points out, the third-party setup may diminish any sense of responsibility a man might feel for making a date work.

The guy "hasn't invested anything emotionally," Jeff says. "So I wonder if it's then easier for him to just get out early if there's something that doesn't work with the person he's dating, rather than try to work through it. If I've spent a lot of energy trying to get a date with a girl, I'm likely to forgive minor eccentricities in the interest of the bigger picture. But if someone just hands me a girl that I didn't have to work for, who knows?"

In the Washington Post story, reporter Ellen McCarthy quotes a 27-year-old man named Luke who outsourced online dating to his receptionist. Otherwise, "you have to go through 10 conversations to get one date," he said.

Imagine having to actually communicate directly with people you might be interested in. What a concept.

Another plus in Luke's mind? He doesn't have to watch his online advances being turned down or worse, deleted without being read.

"Emotionally, I feel a little small pain of rejection every time that happens," he said.

Of course it can be tedious to sort through overtures from people whom you have no interest in, and rejection is never fun. But isn't it worth preserving some sense of personal connection to the selection?

No pain, no gain, I say.

Third-party matchmaking has been around a long time. Think of the village elder, priest, rabbi, parent.

But unlike the relationship concierge, these people of the past usually knew the couple in question and, in many cases, cared deeply about the couple's well-being. Sometimes they

were paid for their matches, but often not. The concierge, on the other hand, is in it only for the money.

The whole thing makes me incredibly sad, and reminds me of a book I reviewed last year. In A Vindication of Love, Cristina Nehring wrote:

"We inhabit a world in which every aspect of romance from meeting to mating has been streamlined, safety-checked and emptied of spiritual consequence. The result is that we imagine we live in an erotic culture of unprecedented opportunity when, in fact, we live in an erotic culture that is almost unendurably bland."

People are not rental units or luxury sedans or oven-ready chickens and—forgive the cliché—many times in a relationship of any consequence, it's the little things that mean the most. I can't help thinking that regardless of how the surrogate-arranged dates turn out, these men, and the women they take to dinner, can't possibly be getting their money's worth.

*posted by Kathryn Lord on 06.25.10 at 7.58 am*
permalink | Categories: • Dating Tips • Tell the Truth • Mind Your Manners • 0 Comments

❤

## Wrtie it yourself or hire it out?

Here's more discussion about outsourcing your online dating work.  These comments come closer to my sense that this amounts to a form of trickery, like lying, that should not be engaged in at all.  If you can't find the time, etc., to lay the groundwork, why should you get the intimacy?

Digital Cyranos: The Strangeness of Online Dating Surrogates

By Alex Eichler

A recent Washington Post trend piece describes the rise of "online dating assistants," writers-for-hire who correspond with singles on matchmaking sites on behalf of their (mostly male) clients. Here's how it works: Say you want to meet someone on Match.com or eHarmony, but are too busy, or otherwise disinclined, to write a profile, sort through potential partners, and exchange e-mails. You hire an online dating assistant to do all of this for you, under your name—and once the date is set up, you go out to meet someone in real life whom you may have never actually communicated with, and who thinks they've been talking to you all along.

Sound odd? More than a few writers think so:

 * Basically Lying, is the opinion of Jared Gordon, a blogger quoted in the Post story. "It is! It's awful! You're misrepresenting yourself. You're lying about yourself," Gordon told Ellen McCarthy, the author of the story. McCarthy goes on to note that "in Gordon's mind, it's tantamount to having someone else write your college term paper, or putting a picture of a more attractive stranger on your online dating profile. 'You're going to fall in love with someone because of their honesty,' he says. 'And some people might say, 'Who has the time to write a profile?' But if something is that important to you, you make the time to do it.'"

 * Equates Dating With Shopping At Slate, Amanda Marcotte muses about the attitudes that might underlie such a practice. "Hiring someone to pretend to be you, feigning interest in looking up and chatting with women through a dating Web site, isn't cheap, of course. **The customers of this service largely seem to be privileged but busy men, which only adds to the creepy sense that they see dating as a form of shopping, and shopping as a chore that can be delegated to the help."**

 * Imagine How the Other Person Feels! Jezebel's Sadie Stein lingers on a quote from **one of the men in the Post story who uses an online assistant because he feels "a little small pain of rejection"** when a woman doesn't show interest. Fair enough, says Stein—**"but as a woman, I can tell you that for most of the women I know, finding out we've been courted by a surrogate is going to lead to a much harsher - and more personal - form of rejection."**

 * Sucks the Romance Out of It Mark White of Psychology Today is skeptical about the whole idea of virtual courting. "Generally, there's just something detached and clinical about online dating, with or without an assistant. I may be a hopeless romantic... but I still cling to the ideal of two strangers meeting each other's gaze across a crowded room while the world melts away, a la Tony and Maria in 'West Side Story.' The internet can be a wonderful tool to enhance our lives and expand our social networks, but it seems to me that some things are just not the same if they aren't done in person, and meeting the love of your life (or even of this month) would be at the top of that list."

* Another Possible Explanation What might drive people to use assistants? National Review's Kathryn Jean Lopez gets in the best zinger. "I guess if you grew up with shortcuts to winning Super Mario Brothers, it's only natural?"

*posted by Kathryn Lord on 06.23.10 at 7.31 am*
permalink | Categories: • Dating Tips • Tell the Truth • Mind Your Manners • 0 Comments

❤

## How commited are you, really?

Internet dating has spawned a whole new set of rules for dating behavior.  One subset is "When do you hide or take down your dating profile?" and "When do you drop your dating site memberships?"  See the letter below about one such conundrum, and see the rational, common-sense adult-like response about radical commitment.

Radical commitment means closing all escape hatches
Posted by Steven Kalas

I am in a nine-month relationship. He said he would like an exclusive relationship. I agreed. Is checking an online dating site appropriate? I met this person from an online dating site. When he asked if I would be his girlfriend, I agreed but made it clear that I felt that, and he agreed, that online profiles should be removed and not used. I have done this and have no desire to go fishing, looking, checking, whatever. However, recently he told me that he still gets messages weekly from the site to "check his matches." He even asked me if I would like to see them. He insists he doesn't communicate and isn't active. Yet it is OK to check the site. This happened in a relationship prior to this. In both cases, the man felt it was OK to have a "curiosity" for women and "just check the profiles" sent to them from the site. I understand that men are visual, but I explained to both of them, that there is a difference between a woman walking by while shopping and noticing her and making a conscious decision to push a button that opens up pictures of women who are looking for matches. What are the "rules" of the online dating game? What are men thinking? Or, am I overreacting, which I have been accused of on this issue. Maybe I am just too trusting.

—K.U., Las Vegas

Exclusivity and fidelity are not one decision; rather, a series of decisions. Commitment is not one moment in time; it is a developmental journey.

The easy part is the mechanical/social practice of exclusivity. We don't date anyone else. We don't have sex with anyone else. Voila! Looks like we're in a committed relationship.

Well, yes, it is committed. Yet, to our surprise, there remain deeper and more radical commitments to be made.

When alone, we decide never to talk or behave anytime, anywhere, with anyone in a way we would not behave if our mate was standing right there. That's the rule. That's radical commitment.

We are transparent in all our relationships. We might have a more or less separate communion with someone, but never an undisclosed communion. All our friends, whatever their gender, are known to our mate and know about our mate. That's the rule. That's radical commitment.

We don't seek, nurture, or avail ourselves to relationships trading "bumps" of sexual attraction and ego-boost. See, this, too, leaks energy that is rightly owed to the mate. A committed partner seeks the mate's desire. Oh, sure, it's enjoyable when the stranger or co-worker lets us know we are desired. And of course we will regularly enjoy noticing people we find attractive and desirable. But we don't linger in those moments. We don't "grow" them and depend on them. We "bump" with our mate. That's the rule. That's radical commitment.

We don't nurture The Potential Relationship In The Hole. You've seen it: that friend or co-worker with whom you never officially have an affair; but, still, you grow a private and intimate relationship of "what if." Oh, had we met years ago. Oh, if my mate died, etc. It's an escape hatch from the work of radical commitment. So we close all escape hatches. That's the rule. That's radical commitment.

We don't amen ourselves to friendships openly disparaging our mate or our commitment. Yes, we have friends who let us vent during difficult moments in the journey of love; but, after listening, those friends challenge us to do the work of great love. Further, we swiftly and decisively jettison anyone who, despite our clearly communicated status as a committed partner, continues to come on to us, tempt us or entice us. In the end, there is no room in great love for even the distraction of having to say "no." That's the rule. That's radical commitment.

K.U., your man isn't cheating. At least not officially. But his behavior "cheats" the potential of his relationship with you because he's leaking psychic energy he could be using for the next step of commitment.

All of your questions will answer themselves, K.U., if you will but answer this question: What, for you, constitutes self-respect? Answer that, and you will know whether you are overreacting. You will know how deep of a commitment you deserve from a mate. You will either relax and lower your expectations. Or, you will confront him and demand more.

Or you will leave.

*posted by Kathryn Lord on 06.17.10 at 5.33 am*
permalink | Categories: • Dating Tips • Mind Your Manners • Relationship builders • CyberCouples and Marriage • 0 Comments

❤

## Stupidity insurance for texters?

Sheesh.  A big problem for habitual texters is the ready availability of their cell phones to dash off whatever occurs to them.  Not good, for the most part.  As one of my friends said about Twitter, "I really don't care about your having a cup of coffee."  See this app below designed to protect people from their dumbness.

TigerText: An iPhone App for Cheating Spouses?
By Belinda Luscombe

Tiger Woods, if you're reading this, remember that you've been through what mothers call a "valuable learning experience" and you're probably a "better man for it" and so on. Having said that, an iPhone app that launched on Feb. 25 could totally have saved your hide.

Called, coincidentally enough, TigerText, it allows users to set a time limit for a sent text to hang around after it has been read. When that life span has been exceeded, the message will disappear, say the developers, from the recipient's phone, the sender's phone and any servers. The message cannot be forwarded anywhere, stored anywhere or sold to any tabloid for an undisclosed sum. (See a brief history of the Tiger Woods scandal.)

It works like this: when, say, a prominent politician sends his mistress an iPhone message via TigerText, the mistress will be prompted to install the app. When she has done so, she can read the message, but she can't keep it. In fact, the message is never actually sent to her phone; it's stored on TigerText's servers. After the politician's specified time span has elapsed — anywhere from one minute to five days — the message ceases to exist. There's even a "delete on read" setting, which counts down from 60 after a message is opened and erases its text at zero. (See the top iPhone applications.)

For those who need an even more comprehensive way to cover their tracks, the "delete history" option will wipe away any evidence of a given phone call. No telltale suspicious numbers, no chance of getting caught out by the old "press redial" routine. (Comment on this story.)

While the implications for philanderers — and spies — are obvious, the app was not actually developed for them, says TigerText founder Jeffrey Evans, a former recruiter and headhunter, and not, at least on the basis of one interview, a particularly paranoid guy. The name was in place before the Tiger Woods texting scandal, he claims, and the company decided to stick with it. Evans' real concern is about privacy. "People text like they talk," he says. "And some of the things they say, taken out of context, can come back to haunt them." (See the 18 best Android apps.)

He points out that the European Union ruled in 2006 that phone and Internet providers were required to keep all cell-phone and e-mail data for a certain period of time. "That just seems wrong and an invasion of privacy," he says. "We have not caught on to the implications of all these conversations being kept for so long." While he acknowledges that the app might also be a boon to teens who are in the habit of sexting, drunk texting or "running off at the thumb," he thinks lawyers and their clients and business executives involved in complicated deals will be even more interested.

Obviously there are times when you just shouldn't hit "send"; at its most basic level, TigerTexting is like paying $2.50 a month for stupidity insurance. But let's face it: who among us has never needed a do-over?

# EXHIBIT 3

# EXHIBIT 3

# *-APPLICATION-*

## Title

**Title of Work:** Radical commitment means closing all escape hatches

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 16, 2010        **Nation of 1st Publication:** United States

## Author

■   **Author:** Stephens Media LLC

**Author Created:** text

**Work made for hire:** Yes

**Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Righthaven LLC

9960 West Cheyenne Avenue, Suite 210, Las Vegas, NV, 89129-7701, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Righthaven LLC

**Name:** Chief Executive Officer

**Email:** sgibson@righthaven.com        **Telephone:** 702-527-5900

**Address:** 9960 West Cheyenne Avenue

Suite 210

Las Vegas, NV  89129-7701  United States

## Certification

**Name:** Steven A. Gibson

**Date:** September 2, 2010

**Applicant's Tracking Number:** 0002028

**Registration #:**

**Service Request #:**   1-481200322

**Application Date:**   09-02-2010 20:12:24

## Correspondent

| | |
|---|---|
| **Organization Name:** | Righthaven LLC |
| **Name:** | Steven A. Gibson |
| **Address:** | 9960 West Cheyenne Avenue |
| | Suite 210 |
| | Las Vegas, NV 89129-7701 United States |

## Mail Certificate

Righthaven LLC
Steven A. Gibson
9960 West Cheyenne Avenue
Suite 210
Las Vegas, NV 89129-7701  United States